IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Earl Gene Mann,

    Plaintiff(s),

vs.

Rob Jeffreys, et al.,

    Defendant(s).

Case Number: 1:13cv345

Chief Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on July 30, 2014 (Doc. 24), to whom this case was referred pursuant to 28 U.S.C. §636(b).

Plaintiff filed a motion to dismiss the matter without prejudice (Doc. 22) and defendants have responded to the motion and have no objections to the dismissal of this action without prejudice (Doc. 23)

Accordingly, plaintiff's motion to dismiss without prejudice is **GRANTED** and this matter is **TERMINATED** from the Court's docket.

IT IS SO ORDERED.

Chief Judge Susan J. Dlott
United States District Court